UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. SANGO,

    Plaintiff,

v.

SHERRY L. BURT, et al.,

    Defendants.

_____/

Case No. 1:19-cv-729

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a Motion for Summary Judgment based on Failure to Exhaust and a Motion to Dismiss based on Eleventh Amendment Immunity. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 29, 2020, recommending that this Court grant in part and deny in part the motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 40) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 17) is GRANTED IN PART AND DENIED IN PART and Defendants' Motion to Dismiss Plaintiff's Official-Capacity Claims is GRANTED.

Dated: July 27, 2020

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge