UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. SANGO,

    Plaintiff,

v.

SHERRY L. BURT, et al.,

    Defendants.

_____/

Case No. 1:19-cv-729

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed under 42 U.S.C. § 1983.  Defendant Maus filed a Motion for Summary Judgment (ECF No. 46).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 13, 2021, recommending that this Court grant in part and deny in part the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 50) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 46) is GRANTED IN PART AND DENIED IN PART; specifically, the motion is granted with regard to Plaintiff's Eighth Amendment claim and denied with regard to Plaintiff's First Amendment retaliation claim.

Dated: May 10, 2021

  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge